UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2018 APR -3  A 11: 56

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____DEPT. CLERK

UNITED STATES OF AMERICA )
)
V. )
)
RHONDA G. PEEBLES )
CHARLES MICHAEL WRIGHT )
    Also known as "Big Mike" )
WESLEY A. HALE )
SAMUEL F. WRIGHT )
TRACI A. MCKELVEY )
MELISSA D. WOLFENBARGER )

3:18-CR-**37**

JUDGE *Varlan / Guyton*

**To be Filed Under Seal**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from on or about October 1, 2016 to on or about April 3,

2018, within the Eastern District of Tennessee, and elsewhere, the defendants, RHONDA G.

PEEBLES, CHARLES MICHAEL WRIGHT, also known as "Big Mike," WESLEY A. HALE,

SAMUEL F. WRIGHT, TRACI A. MCKELVEY,  MELISSA D. WOLFENBARGER, and other

persons known and unknown to the Grand Jury, did knowingly, intentionally, and without

authority combine, conspire, confederate and agree with each other and with diverse others to

commit the following offenses against the United States of America: The distribution of 50

grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

COUNT TWO

The Grand Jury further charges that from on or about March 1, 2017, and continuing to on or about April 3, 2018, in the Eastern District of Tennessee, and elsewhere, the defendants, RHONDA G. PEEBLES, CHARLES MICHAEL WRIGHT, also known as "Big Mike," and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority, combine, conspire, confederate and agree with each other and with diverse others to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: knowingly conducting and attempting to conduct financial transactions affecting interstate commerce and foreign commerce, to wit, the transfer of funds via wire remitting services and bulk cash transactions sent via package delivery services, which transactions involved the proceeds of specified unlawful activity, that is the conspiracies to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, with the intent to promote the carrying on and to conceal or disguise the source, origin, nature, ownership, or control of the proceeds of specified unlawful activity, that is the conspiracies to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

[18 U.S.C. § 1956(h)]

COUNT THREE

The Grand Jury charges that on or about November 1, 2017, in the Eastern District of Tennessee, the defendant, CHARLES MICHAEL WRIGHT, also known as "Big Mike," did

2

knowingly, intentionally, and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

## COUNT FOUR

The Grand Jury charges that on or about January 16, 2018, in the Eastern District of Tennessee, and elsewhere, the defendant, RHONDA G. PEEBLES, did knowingly, intentionally, and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

## COUNT FIVE

The Grand Jury further charges that on or about January 16, 2018, in the Eastern District of Tennessee, the defendants, CHARLES MICHAEL WRIGHT, also known as "Big Mike" and WESLEY A. HALE, aided and abetted by each other, did knowingly, intentionally, and without authority, possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. §2]

## COUNT SIX

The Grand Jury charges that on or about January 18, 2018, in the Eastern District of Tennessee, the defendant, CHARLES MICHAEL WRIGHT, also known as "Big Mike," did knowingly, intentionally, and without authority distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

## COUNT SEVEN

The Grand Jury charges that on or about March 23, 2018, in the Eastern District of

Tennessee, the defendant, CHARLES MICHAEL WRIGHT, also known as "Big Mike," did

knowingly, intentionally, and without authority distribute 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

## COUNT EIGHT

The Grand Jury further charges that on or about March 23, 2018, in the Eastern District

of Tennessee, the defendant, TRACI A. MCKELVEY, did knowingly, intentionally, and without

authority, possess with the intent to distribute 50 grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

## SIGNATURE REDACTED

FOREPERSON

APPROVED:

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: _____

CARYN L. HEBETS
ASSISTANT UNITED STATES ATTORNEY

4